*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

UNPUBLISHED
August 15, 2024

v

KENNITH ALLEN LESER,

        Defendant-Appellant.

No. 365940
Kalkaska Circuit Court
LC No. 22-004656-FC

Before: JANSEN, P.J., and REDFORD and D. H. SAWYER*, JJ.

JANSEN, P.J. (*concurring*).

        I concur in the result only.

                        /s/ Kathleen Jansen

*Former Court of Appeals judge, sitting on the Court of Appeals by assignment.

-1-